| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 99-0410-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 01-44-TP-Huck |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Joseph G. Vincent 7125 N.W. 186th Street, #B-409 Miami, FL | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Henry H. Kennedy | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 27, 2000 — TO October 26, 2002 |

**OFFENSE**

Passport Fraud

FILED FEB -- 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_12/21/00_
Date

_/s/ Henry Kennedy_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

_JANUARY 24, 2001_
Effective Date

_/s/_
United States District Judge

ALAN S. GOLD
United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER WHITTINGTON, Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 17, 1999    99-0410

| | |
|---|---|
| UNITED STATES OF AMERICA : | Magistrate No. 99-626M |
| v : | |
| JOSEPH GERTAND VINCENT : | VIOLATION: |
| Defendant. : | 18 U.S.C. § 1542 |
| : | (False Statement in Application |
| : | for Passport) |

KENNEDY, JR. J.

B

**INDICTMENT**

FILED IN OPEN COURT

DEC 15 1999

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**COUNT ONE**

On or about the 17th day of November, 1999, within the District of Columbia, the defendant, **JOSEPH GERTAND VINCENT**, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant falsely swore that he

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

By _____
                Deputy Clerk

was Brandon Vincent and that he was born in Indiana on September 27, 1967, which statements he knew to be false.

>(**False Statement in Application for Passport**, in violation of Title 18, United States Code, Section 1542)

A TRUE BILL

*[signature]*

FOREPERSON

*[signature]*

ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA

AO 245B-a   (Revised -DC 1/00)   Judgment in  inal Case

# UNITED STATES DISTRICT COURT
## District of Columbia



| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **JOSEPH GERTRAND VINCENT** | Case Number: **99-0410-01** |
| | Bernard Grimm, Esquire & Jennifer Wicks, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) Count 1 of the Information on May 5, 2000.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on _____ after a plea of not guilty.

| Section & Title | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1028(a)(4),(b)(6) | PASSPORT FRAUD | 11/17/99 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) remaining _____ ☐ is ☒ are dismissed on the motion of the United States

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec.   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

Defendant's Date of Birth   9/28/65

Defendant's USM No.   23127-016

Defendant's Residence Address

6960 Northwest 186th Street, Apartment 129
Haliegh, Florida   33015

(305) 362-6977

Defendant's Mailing Address
SAME AS ABOVE

October 27, 2000
Date of Imposition of Judgment

*/s/ Henry Kennedy/*
Signature of Judicial Officer

HENRY H. KENNEDY, JR., U.S. DISTRICT COURT JUDGE
Name and Title of Judicial Officer

10/31/00
Date

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk




DEFENDANT:   JOSEPH GERTRAND VINCENT                                          Judgment Page 2 of 6
CASE NUMBER: 99-0410-01

## PROBATION

The defendant is hereby placed on a probation for a term of two (2) years. The Court orders that Probation Supervision shall be transferred to the Southern District of Florida, Miami Office., but juridisction shall remain in the District of Columbia.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

- [x] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

- [x] The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-1    (Revised-DC 1/00) Judgment in    minal Case - Sheet 4 - Probation - Continued 3

DEFENDANT: JOSEPH GERTRAND VINCENT
CASE NUMBER: 99-0410-01

Judgment Page 3 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in Vocational Training at the direction of the Probation Office.

AO 24513-M    (Revised-DC 1/00) Sheet 5. .    Criminal Monetary Penalties

DEFENDANT: JOSEPH GERTRAND VINCENT  
CASE NUMBER: 99-0410-01

Judgment Page 4 of 6

# CRIMINAL MONETARY PENALTIES

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | | |
| | | | |
| | | | |
| **TOTALS:** | $25.00 | | |

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

   The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ The interest requirement is waived

   ☐ The interest requirement is modified as follows ☐ a.m.   ☐ p.m. on _____.

## RESTITUTION

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below (See Sheet 5, Part A, Continued 2 to add additional payees).

   If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name and Address of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B-p     (Revised-DC 1/00) Sheet 5, Part         minal Monetary Penalties

DEFENDANT   JOSEPH GERTRAND VINCENT
CASE NUMBER: 99-0410-01

Judgment Page 5 of 6

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☐ In full immediately, or

B ☐ $ _____ immediately, balance due (in accordance with C, D, or E); or

C ☒ not later than April 27, 2001

D ☐ in installments to commence _____ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ days after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245B-S    (Revised-DC 1/00) Sheet 6-S   ent of Reasons

Judgment Page 6 of 6

DEFENDANT: JOSEPH GERTRAND VINCENT
CASE NUMBER: 99-0410-01

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual finding and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: __6__
Criminal History Category: __1__
Imprisonment Range: __0__ to __6__ months
Supervised Release Range: __1__ to __1__ years
Fine Range: $ __500__ to $ __5,000__

☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ _____

☒ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reasons:

OR

☐ The sentence departs from the guideline range:

   ☐ upon motion of the government, as a result of defendant's substantial assistance.

   ☐ for the following specific reason(s):

```
                                                         CAT B    CLOSED
                                                         PRIOR
              U.S. District Court
        USDC District of Columbia (Washington)

        CRIMINAL DOCKET FOR CASE #: 99-CR-410-ALL

USA v. VINCENT                                      Filed: 12/15/99

Other Dkt # 1:99-m -00626

Case Assigned to: Judge Henry H. Kennedy

JOSEPH GERTAND VINCENT (1)       Jenifer Wicks
     defendant                   FTS 488-8604
 [term  10/27/00]                202-408-4884 FAX
                                 [COR LD NTC ret]
                                 307 G Street, N.W.
                                 Washington, DC 20001-2603
                                 AREA CODE (202)

                                 Charles Ford Stow, III
                                   [term  01/04/00]
                                 FTS 569-9161
                                 [COR LD NTC ret]
                                 6919 Spur Road
                                 Springfield, VA 22153
                                 AREA CODE (703)

                                 Bernard Grimm
                                   [term  10/24/00]
                                 FTS 371-0300
                                 202-986-5475 FAX
                                 Suite 300
                                 [COR LD NTC ret]
                                 GRIMM, PETRAS & WEISER, P.C.
                                 307 G Street, NW
                                 Washington, DC 20001
                                 AREA CODE (202)
```

United States District Court
for the District of ......
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

[signature]
Deputy Clerk

```
Pending Counts:

   NONE

Terminated Counts:                   Disposition

18:1542; FALSE STATEMENT IN      Dismissed upon oral motion of
APPLICATION/USE OF PASSPORT;     the government.
False Statement in Application   (1)
for Passport.
(1)


Docket as of February 16, 2001 10:12 am              Page 1
```

```
Proceedings include all events.                                              CAT B
1:99cr410-ALL USA v. VINCENT                                                 CLOSED
                                                                                    PRIOR
18:1028; FRAUD WITH              Defendant sentenced to Two (2)
IDENTIFICATION DOCUMENTS;        years Probation.  Probation
Passport        Fraud.           Supervision shall be
(1s)                             transferred to the Southern
                                 District    of Florida, Miami
                                 Office; special assessment of
                                 $25.00          imposed.
                                 (1s)

Offense Level (disposition): 4




Complaints                                    Disposition

COMPLAINT Filed in Violation
of 18:1542
[ 1:99-m -626 ]



U. S. Attorneys:

   Kenneth William Cowgill
     [term  07/10/00]
   FTS 514-7273
   Misdemeanor Trl Sec
   [COR LD NTC gvt]
   Patricia Heffernan
   FTS 514-7273
   5909
   [COR LD NTC gvt]
   U.S. ATTORNEY'S OFFICE
   Judiciary Center Building
   555 Fourth Street, NW
   Washington, DC 20001
   AREA CODE (202)
```

```
Proceedings include all events.                                    CAT B
1:99cr410-ALL USA v. VINCENT                                       CLOSED
                                                                          PRIOR
11/17/99 --     DEFENDANT JOSEPH GERTAND VINCENT arrested.
                [ 1:99-m -626 ] (kk) [Entry date 11/18/99]

11/18/99 1      MAGISTRATE COMPLAINT and Affidavit filed against JOSEPH
                GERTAND VINCENT in violation of 18:1542.
                [ 1:99-m -626 ] (kk) [Entry date 11/18/99]

11/18/99 --     PDID AND DATE OF BIRTH for JOSEPH GERTAND VINCENT : PDID #:
                515344  DOB: 9/28/65
                [ 1:99-m -626 ] (kk) [Entry date 11/18/99]

11/18/99 --     INITIAL APPEARANCE on magistrate complaint for JOSEPH
                GERTAND VINCENT held before Magistrate Judge Alan Kay :
                Attorney appearance for JOSEPH GERTAND VINCENT by Charles
                Ford Stow, III. Preliminary/Detention hearing set for 10:00
                AM on 11/22/99 for JOSEPH GERTAND VINCENT. Defendant
                committed/commitment issued. (Reporter: Pro-Typists, Inc.;
                Tape & Lines: CT 27-99-198, 5143-5857) (Interpreter: Carol
                Valcourt)
                [ 1:99-m -626 ] (kk) [Entry date 11/23/99]

11/18/99 2      ATTORNEY APPEARANCE for defendant JOSEPH GERTAND VINCENT by
                Charles Ford Stow, III
                [ 1:99-m -626 ] (kk) [Entry date 11/23/99]

11/18/99 3      ORDER by Magistrate Judge Alan Kay as to JOSEPH GERTAND
                VINCENT : of temporary detention pending hearing pursuant
                to Bail Reform Act   (N)
                [ 1:99-m -626 ] (kk) [Entry date 11/23/99]

11/18/99 --     DEFENDANT JOSEPH GERTAND VINCENT ordered held without bond
                by Magistrate Judge Alan Kay.
                [ 1:99-m -626 ] (kk) [Entry date 11/23/99]

11/22/99 --     PRELIMINARY/DETENTION HEARING before Magistrate Judge Alan
                Kay as to JOSEPH GERTAND VINCENT : JOSEPH GERTAND VINCENT
                ordered held for the Grand Jury - probable cause shown.
                $20,000.00 cash or $10,000.00 surety bond (without
                collateral) set for JOSEPH GERTAND VINCENT. Defendant
                committed/commitment issued. (Reporter: Pro-Typists, Inc.;
                Tape & Lines: CT 27-99-200, 5867-7133 and CT 27-99-201,
                0001-0660) (Interpreter: Carol Valcourt)
                [ 1:99-m -626 ] (kk) [Entry date 11/23/99]
                [Edit date 11/23/99]

11/22/99 --     ORAL BOND set by Magistrate Judge Alan Kay as to JOSEPH
                GERTAND VINCENT for $20,000.00 cash or $10,000.00 surety
                (without collateral).
                [ 1:99-m -626 ] (kk) [Entry date 11/23/99]

12/15/99 4      INDICTMENT filed against  JOSEPH GERTAND VINCENT (1)
                count(s) 1 (hsj) [Entry date 12/30/99]
```

```
Proceedings include all events.                              CAT B
1:99cr410-ALL USA v. VINCENT                                 CLOSED
                                                                    PRIOR
12/15/99 --      CASE ASSIGNED  to Judge Henry H. Kennedy  as to JOSEPH
                 GERTAND VINCENT . (hsj) [Entry date 12/30/99]

12/15/99 --      Attorney representation for USA  by Kenneth William
                 Cowgill. (hsj) [Entry date 12/30/99]

12/15/99 --      Prison Registration Number for JOSEPH GERTAND VINCENT :
                 Reg.#: 23129-016. (hsj) [Entry date 12/30/99]

12/20/99 --      ARRAIGNMENT held  before Magistrate Judge John M. Facciola
                 as to JOSEPH GERTAND VINCENT (1) count(s) 1: Plea not
                 guilty entered by JOSEPH GERTAND VINCENT (1) count(s) 1.
                 Status hearing set for 9:45 1/14/00; motions filed within
                 10 days; response to motions due within 7 days for JOSEPH
                 GERTAND VINCENT. Defendant committed/commitment issued.
                  Reporter: Pro-Typists, Inc. Tape: Ct 27-99-224: Lines:
                 3399-4068 (hsj) [Entry date 01/06/00]

12/20/99 --      ARRAIGNMENT held  before Magistrate Judge John M. Facciola
                 as to, JOSEPH GERTAND VINCENT (1) count(s) 1: Plea not
                 guilty entered by JOSEPH GERTAND VINCENT (1) count(s) 1.
                 Status hearing set for 9:45 1/14/00 before Judge Kennedy
                 for JOSEPH GERTAND VINCENT. Defendant released on
                 $20,000.00 cash bond and 3rd Party Custody ti Marva Rigsby.
                 Defendant Released/Release Issued. Reporter:
                 Pro-Typists, Inc. Tape: Ct 27-99-226; Lines: 3224-3728; Ct
                 27-99-224; Lines: 3399-4068 (hsj) [Entry date 01/06/00]

12/20/99  5      BOND filed and approved  by Magistrate Judge John M.
                 Facciola as to JOSEPH GERTAND VINCENT : for secured
                 appearance bond in the amount of $20,000.00. Bond secured
                 with Cash by Marva Rigsby Depositor.  Depositor's Address:
                 2305 Wheatley Drive, Baltimore, Maryland 21207.  Dftaddr:
                 2305 Wheatley Drive, Baltimore, Maryland 21207. (hsj)
                 [Entry date 01/06/00]

1/4/00    6      ATTORNEY APPEARANCE  for JOSEPH GERTAND VINCENT by Bernard
                 Grimm (ks) [Entry date 01/21/00]

1/14/00   --     STATUS HEARING  before Judge Henry H. Kennedy  as to JOSEPH
                 GERTAND VINCENT: Oral motion of defendant to waive Speedy
                 Trial, granted. Status hearing set for 9:45 4/28/00 for
                 JOSEPH GERTAND VINCENT. In the interest of justice, time
                 excluded from 1/14/00 to 4/28/00. Defendant continued on
                 bond. Reporter: Edward Hawkins (hsj) [Entry date 01/28/00]

1/14/00   7      ATTORNEY APPEARANCE  for JOSEPH GERTAND VINCENT by Bernard
                 Grimm. (hsj) [Entry date 01/28/00]

1/21/00   8      MOTION filed by JOSEPH GERTAND VINCENT to modify
                 conditions of release (erd) [Entry date 02/07/00]

1/28/00   9      MOTION filed by JOSEPH GERTAND VINCENT to modify
                 conditions of release (ks) [Entry date 02/07/00]

Docket as of February 16, 2001 10:12 am                      Page 4
```

```
Proceedings include all events.                                    CAT B
1:99cr410-ALL USA v. VINCENT                                       CLOSED
                                                                        PRIOR

2/4/00    10    ORDER  by Judge Henry H. Kennedy  as to JOSEPH GERTAND
                VINCENT : granting motion to modify conditions of release
                [9-1] as to JOSEPH GERTAND VINCENT (1), granting motion to
                modify conditions of release [8-1] as to JOSEPH GERTAND
                VINCENT (1):  That the defendant may move back to Florida
                with his family until his next court.  At the following
                address:  6960 Northwest 186th Street, Apartment 129,
                Haliegh, Florida 33015. (N) (erd) [Entry date 02/14/00]

2/7/00    11    RESPONSE  by USA  in opposition to motion to modify
                conditions of release. (erd) [Entry date 02/28/00]

4/28/00   --    STATUS HEARING  before Judge Henry H. Kennedy  as to JOSEPH
                GERTAND VINCENT: Status hearing set for 9:30 5/5/00 for
                JOSEPH GERTAND VINCENT. Defendant continued on bond.
                Reporter: William D. McAllister (hsj) [Entry date 05/04/00]

5/3/00    12    SUPERSEDING INFORMATION filed against JOSEPH GERTAND
                VINCENT (1) count(s) 1s. (hsj) [Entry date 05/05/00]

5/5/00    13    PLEA AGREEMENT filed as to JOSEPH GERTAND VINCENT . (hsj)
                [Entry date 05/09/00]

5/5/00    14    WAIVER of Trial by Jury as to JOSEPH GERTAND VINCENT .
                Approved by Judge Henry H. Kennedy . (hsj)
                [Entry date 05/09/00]

5/5/00    --    STATUS HEARING  before Judge Henry H. Kennedy  as to JOSEPH
                GERTAND VINCENT: Plea not guilty withdrawn as to JOSEPH
                GERTAND VINCENT (1) count(s) 1s. Plea guilty entered by
                JOSEPH GERTAND VINCENT (1) count(s) 1s.  JOSEPH GERTAND
                VINCENT  referred for pre-sentence investigation report.
                Sentence set for 9:45 8/25/00 for JOSEPH GERTAND VINCENT.
                Defendant continued on bond.  Reporter: Gilbert Bowles,
                Miller Reporting Company (hsj) [Entry date 05/11/00]

6/1/00    15    UNOPPOSED MOTION filed by USA as to JOSEPH GERTAND VINCENT
                to supplement the Rule 11 Colloquy. (hsj)
                [Entry date 06/08/00]

6/12/00   16    ORDER by Judge Henry H. Kennedy  as to JOSEPH GERTAND
                VINCENT : granting motion to supplement the Rule 11
                Colloquy. [15-1] as to JOSEPH GERTAND VINCENT (1)  (N) (aet)
                [Entry date 06/23/00]

7/10/00   17    ATTORNEY APPEARANCE  for USA by Patricia Heffernan (erd)
                [Entry date 07/18/00]

8/25/00   --    SCHEDULING NOTICE as to JOSEPH GERTAND VINCENT  : Sentence
                reset for 10:15 10/5/00 for JOSEPH GERTAND VINCENT .
                before Judge Henry H. Kennedy . (dcn) [Entry date 08/29/00]
```

```
Proceedings include all events.                                      CAT B
1:99cr410-ALL USA v. VINCENT                                         CLOSED
                                                                          PRIOR
10/20/00 --     SCHEDULING NOTICE as to JOSEPH GERTAND VINCENT  : Sentence
                set for 11:15 10/27/00 for JOSEPH GERTAND VINCENT . before
                Judge Henry H. Kennedy . (dcn) [Entry date 10/20/00]

10/24/00 18     SUBSTITUTION OF COUNSEL  for JOSEPH GERTAND VINCENT ,
                substituting Jenifer Wicks for attorney Bernard Grimm  as
                to JOSEPH GERTAND VINCENT (aet) [Entry date 10/26/00]

10/27/00 --     SENTENCING  by Judge Henry H. Kennedy  for JOSEPH GERTAND
                VINCENT (1) count(s) 1s.  Defendant sentenced to Two (2)
                years Probation.  Probation Supervision shall be
                transferred to the Southern District of Florida, Miami
                Office; special assessment of $25.00 imposed.   Count(s) 1
                dismissed upon oral motion of the government.   The
                defendant shall participate in vocational traning at the
                direction of the Probation Office. Defendant on
                probation. Court Reporter: Miller Reporting Co., Dolores
                Byers (erd) [Entry date 11/01/00]

10/27/00 19     RECEIPT and Acknowledgment of Presentence Investigation
                Report by JOSEPH GERTAND VINCENT. (erd)
                [Entry date 11/01/00]

10/27/00 20     RECEIPT and Acknowledgment of Presentence Investigation
                Report by USA as to JOSEPH GERTAND VINCENT. (erd)
                [Entry date 11/01/00]

10/31/00 21     JUDGMENT and Probation Order issued  by Judge Henry H.
                Kennedy as to JOSEPH GERTAND VINCENT, with Statement of
                Reasons. (erd) [Entry date 11/01/00]

11/1/00  22     ORDER by Judge Henry H. Kennedy  as to JOSEPH GERTAND
                VINCENT: for return of cash deposit.   Cash deposit  in
                the amount of $20,000.00 returned to Marva Rigsby at 2305
                Wheatley Drive, Baltimore, Maryland 21207. Paid by Finance
                Division on 11/1/00.  (N) (hsj) [Entry date 11/07/00]

2/7/01   23     ORDER TRANSFERRING JURISDICTION  pursuant to 18 U.S.C. 3605
                by Judge Henry H. Kennedy  as to JOSEPH GERTAND VINCENT  to
                the  USDC for S/D of Florida at Miami.  Forwarded certified
                copies of docket sheet, Indictment/Information, Judgment
                and Probation Order, and Order of Transfer of Jurisdiction
                of Probation. (hsj) [Entry date 02/16/01]
```