PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 61875

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-44-TP-HUCK



FILED by ____ET____ D.C.

MAR 1 5 2002

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S. D. OF FLA.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Vincent, Joseph G.

Name of Sentencing Judicial Officer: The Honorable Henry H. Kennedy, Jr., Judge

Date of Original Sentence: October 27, 2000

Original Offense: Passport Fraud, in violation of Title 18, U.S.C., § 1028(a)(4) (b) (6), A Class A Misdemeanor.

Original Sentence: Two years probation. Special Condition: The defendant shall participate in Vocational Training at the direction of the Probation Office. Special Assessment - $25.00

Type of Supervision: Probation         Date Supervision Commenced: October 27, 2000

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in a Community Corrections Center for a period not to exceed 90 days, or until otherwise released at the direction of the United States Probation Officer."**



PROB 12B                                                    SD/FL PACTS No. 61875
(SD/FL 9/96)

Name of Offender: Vincent, Joseph G.          CASE NO. 01-44-TP-HUCK

## CAUSE

**Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. The probationer's April through December 2001, monthly supervision reports contained false information regarding his monthly income.

**Violation of Standard Condition,** by failing to answer truthfully all inquires by the probation officer. On or about February 5, 2002, the probationer was questioned regarding his pay roll checks and stated, that the checks were not fraudulent, when in fact, evidence and statements indicate this to be false.

**Violation of Standard Condition,** by failing to follow the instructions of the probation officer. On or about February 11, 2002, the probationer failed to leave a certain employment, as directed.

**Violation of Standard Condition,** by failing to follow the instructions of the probation officer. On or about February 22, 2002, and March 1, 2002, the probationer failed to submit job search logs as directed.

Respectfully submitted,

by  Yoland B.-LaFrance
U.S. Probation Officer
Phone: (305) 808-6405
Date: March 8, 2002

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

March 14, 2002
Date

PROB 49  
(3/89)

SD/FL PACTS #61875

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at and participate in the Community Corrections Center for a period not to exceed 90 days, or until otherwise released at the direction of the U.S. Probation Officer.**

Witness: _____  
U.S. Probation Officer  
Robert Manzanares

Signed: _____  
Probationer or Supervised Releasee  
Joseph Vincent

2/11/02  
Date  
February 11, 2002